UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
   ESTHER SANCHEZ

CASE NO. 04 B 23593

CHAPTER 13

JUDGE: JOHN H SQUIRES

   Debtor  
SSN XXX-XX-7090

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/22/04 and confirmed on 08/20/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 30650.00 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HARRIS BANK CONSUMER LOA | CURRENT MORTG | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6183.16 | 621.04 | 6183.16 |
| CITIFINANCIAL SERVICES | UNSECURED | 4096.82 | 413.22 | 4096.82 |
| CITIFINANCIAL | UNSECURED | 855.19 | 86.19 | 855.19 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5631.44 | 605.30 | 5631.44 |
| HSBC | UNSECURED | 6871.79 | 690.07 | 6871.79 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 613.12 | 62.51 | 613.12 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 24251.52 | .00 | 24251.52 |
| PRINCIPAL PAID | .00 | .00 | 24251.52 | .00 | 24251.52 |
| INTEREST PAID | .00 | .00 | 2478.33 | .00 | 2478.33 |
| TOTAL PAID | .00 | .00 | 26729.85 | .00 | 26729.85 |

The Debtor's attorney, ZALUTSKY & PINSKI      , was allowed $ 2700.00 and was paid $ 206.00 direct and $ 2494.00 through the plan.

The Trustee received $ 1378.31 .

Refunds to the Debtor totaled $ 47.84 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 02/09/09                                      /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

                    PAGE   2
    CASE NO. 04 B 23593 ESTHER SANCHEZ